FILED

07/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0064

_____

MONTANA ENVIRONMENTAL INFORMATION CENTER and SIERRA CLUB,

      Plaintiffs and Appellees,

      v.

MONTANA, DEPARTMENT
OF ENVIRONMENTAL QUALITY,

      Respondent and Appellants
and

MONTANA BOARD OF ENVIRONMENTAL REVIEW, WESTERN ENERGY CO., NATURAL RESOURCE PARTNERS L.P., INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 400, and NORTHERN CHEYENNE COAL MINERS ASSOCIATION,

      Respondents

and

MONTANA BOARD OF ENVIRONMENTAL REVIEW

      Respondent and Appellant

ORDER GRANTING EXTENSION OF TIME
TO FILE OPENING BRIEFS

Upon consideration of Respondent/Appellant Montana Department of Environmental Quality ("DEQ") and Respondent/Appellant Westmoreland Rosebud Mining, LLC, *et al.* ("Westmoreland") (collectively, "Joint Movants") unopposed motion for a 30-day extension of time, and good cause appearing, Joint Movants are granted an extension of time to and including August 10, 2022, within which to prepare, serve, and file their opening briefs. Respondent/Appellant Montana Board of Environmental Review's ("BER") opening brief is also due August 10, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 5 2022